No. 610. Caballero et al. *v.* Pomales et al.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided October 12, 1910. Motion denied. *Messrs. Manuel A. Rivera* and *José Martínez Dávila* for petitioner. *Mr. José Tous Soto* for respondent.

---

No. 254. The People *v.* Font.—Appeal from the District Court of Aguadilla. Decided October 13, 1910. Judgment affirmed. *Mr. Carlos Franco Soto* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 261. The People *v.* Ventura.—Appeal from the District Court of Ponce. Decided October 14, 1910. Judgment affirmed. *Mr. Francisco Giménez* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 611. Homer et al. *v.* Carrillo et al.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided October 17, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Luis Freyre Barbosa* for petitioner. *Mr. Miguel Guerra* for respondent.

---

No. 612. Goenaga *v.* Goenaga.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided October 17, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Rafael López Landrón* for petitioner. *Mr. Benigno Fernández García* for respondent.